UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED & CERTIFIED
VANESSA L. ARMSTRONG, CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date:   Feb 27, 2014

Name:   Michelle Goetzinger

Deputy Clerk

IN RE: AMAZON.COM, INC., FULFILLMENT
CENTER FAIR LABOR STANDARDS ACT
(FLSA) AND WAGE AND HOUR LITIGATION                          MDL No. 2504

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On February 19, 2014, the Panel transferred 3 civil action(s) to the United States District Court for the Western District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Western District of Kentucky. With the consent of that court, all such actions have been assigned to the Honorable John G Heyburn, II.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Kentucky and assigned to Judge Heyburn.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Kentucky for the reasons stated in the order of February 19, 2014, and, with the consent of that court, assigned to the Honorable John G Heyburn, II.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Kentucky. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 27, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: AMAZON.COM, INC., FULFILLMENT
CENTER FAIR LABOR STANDARDS ACT
(FLSA) AND WAGE AND HOUR LITIGATION**                                   MDL No. 2504

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| ARIZONA | | | |
| AZ | 2 | 13−02195 | Hernandez et al v. Amazon.com Incorporated et al |
| DELAWARE | | | |
| DE | 1 | 13−01701 | Rosenthal v. Amazon.com Inc. et al |
| PENNSYLVANIA EASTERN | | | |
| PAE | 5 | 13−06385 | HEIMBACH et al v. AMAZON.COM, INC. et al |
| PENNSYLVANIA MIDDLE | | | |
| PAM | 3 | 13−02698 | Pavuk v. Amazon.Com, Inc. et al |
| TENNESSEE MIDDLE | | | |
| TNM | 3 | 13−01136 | Gibson et al v. Amazon.com, Inc. et al |