## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| WILLIAM JOHNSON, TYRONE FISHER, BRIAN GUNTER, LESTER MAYO, JEFFREY HOPE, LATOSHIA MACK, and CHRISTINA THOMAS, On Behalf of Themselves and Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>AMAZON.COM DEDC, LLC, AMAZON CORPORATE LLC., AMAZON FULFILLMENT SERVICES, INC., SMX, LLC, and STAFF MANAGEMENT, INC.,<br><br>            Defendants. | Case No.: 3:14-cv-418-JGH<br>Master Case No.: 3:14-md-2504-JGH |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned attorney, hereby dismiss their claims with prejudice against the Defendant, STAFF MANAGEMENT, INC. only. Each party agrees to bear its own costs and fees.

Respectfully submitted, this 15th day of July 2014.

| | |
|---|---|
| MULLANEY LAW | STAFF MANAGEMENT, INC. |
| /s/ Marybeth E. Mullaney<br>Marybeth E. Mullaney (FID 11162)<br>321 Wingo Way, Suite 201<br>Mount Pleasant, South Carolina 29464<br>Telephone: (800) 385-8160<br>Facsimile: (800) 385-8160<br>marybeth@mullaneylaw.net | /s/ Samuel J. Castree<br>Samuel J. Castree, Jr.<br>Senior Vice President & General Counsel<br>5919 Spring Creek Road<br>Rockford, Illinois 61114<br>Telephone: (815) 282-3946<br>Facsimile: (815) 282-0826<br>sam.castree@staffmgmt.com |
| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice of Filing Plaintiff Consent to Join was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system on July 15, 2014:

Kathryn A. Quesenberry
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202-3197

John S. Battenfeld
Morgan Lewis & Bockius LLP
300 S. Grand Ave, 22nd Floor
Los Angeles, CA 90071

Chelsea D. Petersen
Perkins Cole
1201 Third Ave., Suite 4900
Seattle, WA 98101

William F. Dolan
Brent D. Knight
Michael Zuckerman
Andrew G. Madsen
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Gerald L. Maatman, Jr.
Ashley C. Workman
Rebecca P. Bromet
Matthew Gagnon
Reema Kapur
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603-5577

Martha J. Keon
Sarah Bryan Fask
Littler Mendelson, P.C.
1601 Cherry St., Ste 1400
Philadelphia, PA 19102

Joseph A. Nuccio

Richard G. Rosenblatt
Morgan, Lewis & Bockius, LLP
502 Carnegie Center
Princeton, New Jersey 08540

Rebecca D. Eisen
Theresa Mak
Alison B. Willard
Sacha M. Steenhoek
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

M. Reid Estes, Jr.
John E. Anderson
Dickinson Wright PLLC
Fifth Third Center
424 Church Street, Suite 1401
Nashville, Tennessee 37219

Richard G. Griffith
Elizabeth S. Muyskens
Stoll Keenon Ogden PLLC - Lexington
300 West Vine Street Suite 2100
Lexington, KY 40507-1801

Robert Earl Boston
K. Coe Heard
Waller, Lansden, Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219

Cory G. Walker
Peter D. Navarro
Rick D. Roskelley
Roger L. Grandgenett
Littler Mendelson, P.C.
3960 Howard Hughes Parkway, Suite 300

Las Vegas, NV 89169

Neil M. Alexander
Littler Mendelson, P.C.
50 West Liberty Street, Suite 400
Reno, NV 89501

Scott M. Mahoney
Fisher & Phillips, LLP
3800 Howard Hughes Pkwy., Suite 950
Las Vegas, NV 89169

Michael J. Puma
William O. Mandycz
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Peter D. Navarro
Jackson Lewis P.C.
3800 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

Thomas Matthew Brennan
McKay Chadwell
600 University Street, Suite 1601
Seattle, WA 98101

C. Eric Stevens
Rachel R. Rosenblatt
Littler Mendelson, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201

Daniel Clayton Barr
Jill Louise Ripke
Perkins Cole LLP
P.O. Box 400
Phoenix, AZ 85012-0400

Ronald E. Johnson, Jr.
Schachter Hendy & Johnson PSC
909 Wright's Summit Parking, Suite 210
Fort Wright, Kentucky 41017

Colm F. Connolly

Morgan Lewis & Bockius LLP
1007 Orange St, Suite 501
Wilmington, DE 19801

J. Andrew Inman
Littler Mendelson, P.S.C.
333 West Vine Street, Suite 1620
Lexington, KY 40507

Jason J. Thompson
Jesse L. Young
Sommer Schwartz PC
One Town Square, Suite 1700
Southfield, MI 48076

Steven R. Maher
Senthia Santana
Maher Law Firm, PA
631 West Morse Blvd., Suite 200
Winter Park, FL 32789

Todd J. O'Malley
Thomas Gilbride
O'Malley & Langan P.C.
The O'Malley & Langan Bldg.
201 Franklin Ave.
Scranton, PA 18503

Stanley Lubin
Jarrett Joshua Haskovec
Kaitlyn Alissa Redfield-Ortiz
Lubin & Enoch PC
349 N 4th Ave.
Phoenix, AZ 85003

Adam J. Berger
Rebecca Jane Roe
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104

Jacob R. Rusch
Timothy J. Becker
Johnson Becker, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55413

David O'Brien Suetholz
Kircher Suetholz & Grayson, LPA
515 Park Avenue
Louisville, KY 40208

Mark R. Thierman
Joshua D. Buck
Thierman Law Firm
7287 Lakeside Drive
Reno, NV 89511

Lawrence Spiller Kimmel
Kimmel, Carter, Roman & Peltz
56 West Main St., 4th Floor, Plaza 273
Newark, DE 19702

Michael D. Singer
James Jason Hill
Cohelan Khoury & Singer
605 C Street, Suite 200
San Diego, CA 92101

Walter L. Haines
United Employees Law Group PC
5500 Bolsa Ave, Suite 201
Huntington Beach, CA 92649

David R. Markham
The Markham Law Firm
750 B Street, Suite 1950
San Diego, CA 92101

Cindi Lynn Ritchey
Jones Day
555 South Flower St, 50th Floor
Los Angeles, CA 90071

Christopher J. Hamner
Hamner Law Offices APC
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013

Jerry E. Martin
David W. Garrison
Scott P. Tift

Seth M. Hyatt
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201

Respectfully submitted,

/s/ Marybeth Mullaney
Marybeth Mullaney, Esq.
MULLANEY LAW
321 Wingo Way Suite 201
Mount Pleasant, South Carolina 29464
(843) 849-1692 *Phone*
(800) 385-8160 *Fax*
marybeth@mullaneylaw.net

William C. Tucker
TUCKER LAW, PLC
690 Berkmar Circle
Charlottesville, Virginia 22902
(434) 978-0100 *Phone*
(434) 978-0101 *Fax*
bill.tucker@tuckerlawplc.com

Attorneys for Plaintiffs