UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) and WAGE AND HOUR LITIGATION

        Master File No. 14-MD-2504        JUDGE HEYBURN
        MDL No. 2504

        THIS DOCUMENT RELATES TO:
            Rosenthal, et al. v. Amazon.com, Inc., et al., 3:14-cv-00208-JGH
            Davis, et al. v. Amazon.com, Inc., et al., 3:14-cv-00150-JGH
            Gibson, et al. v. Amazon.com, Inc., et al., 3:14-cv-00215-JGH
            Hernandez, et al. v. Amazon.com, Inc, et. al., 3:14-cv-00210-JGH

### STIPULATION OF DISMISSAL

**NOW**, this 12th day of February, 2015, **IT IS HEREBY STIPULATED** that the above-referenced **ROSENTHAL**, **DAVIS**, **GIBSON**, and **HERNANDEZ** actions are **DISMISSED IN THEIR ENTIRETY**, with the parties bearing their own costs. This dismissal is **with prejudice** as to the Fair Labor Standards Act ("FLSA") claims of the Originating and Opt-In Plaintiffs and **without prejudice** as to any state law claims that may be asserted in some other or future action. The Clerk of Court shall mark these four actions **CLOSED**.

| FOR DEFENDANTS: | FOR THE **ROSENTHAL**, **DAVIS**, **GIBSON**, AND **HERNANDEZ** PLAINTIFFS: |
|---|---|
| /s/ Richard G. Rosenblatt | |
| MORGAN, LEWIS & BOCKIUS LLP | |
| Richard G. Rosenblatt | /s/ Peter Winebrake |
| Joseph A. Nuccio | Peter Winebrake, Esq. |
| 502 Carnegie Center | Winebrake & Santillo, LLC |
| Princeton, NJ 08540 | Twining Office Center, Suite 211 |
| | 715 Twining Road |
| Rebecca D. Eisen | Dresher, PA 19025 |
| Theresa Mak | |
| One Market, Spear Street Tower | /s/ David Garrison |
| San Francisco, CA 94105 | David Garrison, Esq. |
| | Barrett Johnston Martin & Garrison LLC |
| | 414 Union Street, Suite 900 |

1

DINSMORE & SHOHL LLP                              Nashville, TN  37219
Kathryn A. Quesenberry
101 South 5th Street, Suite 2500
Louisville, KY  40202

Attorneys for Defendants
Amazon.com, Inc., Amazon.com.DEDC, LLC,
and Amazon.com.AZDC, LLC

/s/ Neil M. Alexander
LITTLER MENDELSON, P.C.
Neil M. Alexander
50 West Liberty St., Ste. 400
Reno, NV 89501

Rick D. Roskelley
Roger L. Grandgenett
Cory G. Walker
Peter D. Navarro
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169

Attorneys for Defendant
Integrity Staffing Solutions, Inc.

/s/ David R. Ongaro
THOMPSON & KNIGHT, LLP
David R. Ongaro
Amelia D. Winchester
50 California St., Ste. 3325
San Francisco, CA 94111

Attorneys for Defendant
SMX, LLC

        **SO ORDERED** this _____ day of _____, 2015.

                                                _____
                                                HON. JOHN G. HEYBURN II
                                                United States District Court