UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) and WAGE AND HOUR LITIGATION

Master File No. 14-MD-2504      JUDGE HEYBURN
MDL No. 2504

THIS DOCUMENT RELATES TO:
Johnson, et al. v. Amazon.com, Inc., et al., 1:13cv-00153-JGH
Vance, et al. v. Amazon.com, Inc., et al., 3:13cv-00765-JGH

## NOTICE OF VOLUNTARY WITHDRAWAL OF FLSA CLAIMS

The Named Plaintiffs and Opt-In Plaintiffs in the above-referenced **JOHNSON** and **VANCE** actions hereby **WITHDRAW WITH PREJUDICE** their claims under the **Fair Labor Standards Act.** Going forward, the Named Plaintiffs and Opt-In Plaintiffs will continue to pursue their claims arising under Kentucky state law.

**FOR PLAINTIFFS:**

/s/ Peter Winebrake
Peter Winebrake, Esq.
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA  19025

David Garrison, Esq.
Barrett Johnston Martin & Garrison LLC
414 Union Street, Suite 900
Nashville, TN  37219

J. Chris Sanders, Esq.
Chris Sanders Law PLLC
1228 East Breckinridge Street
Louisville, KY  40204