## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) and WAGE AND HOUR LITIGATION | Master File No. 14-MD-2504<br><br>MDL No. 2504<br><br>This Document is Filed By Counsel In:<br>Case No. 3:13-cv-765-JGH<br><br>Honorable Judge John G. Heyburn II |

**THIS DOCUMENT RELATES TO:**
<u>Vance, et al. v. Amazon.com, Inc., et al., 3:13cv-00765-JGH</u>

### DEFENDANT KELLY SERVICES, INC.'S RULE 12(C) <u>MOTION FOR JUDGMENT ON THE PLEADINGS</u>

Defendant Kelly Services, Inc. ("KSI" or "Defendant"), by and through its attorneys, pursuant to Federal Rule of Civil Procedure 12(c), and for the reasons stated in its concurrently-filed memorandum of law in support, hereby moves to dismiss Plaintiffs' remaining Kentucky state law claims from their First Amended Complaint.

WHEREFORE, Defendant respectfully requests that the Court dismiss Plaintiffs' remaining Kentucky state law claims from their First Amended Complaint.

| | |
|---|---|
| **DATED: April 9, 2015** | Respectfully submitted, |
| | KELLY SERVICES, INC. |
| Gerald L. Maatman Jr.* | |
| (gmaatman@seyfarth.com) | |
| Rebecca Pratt DeGroff* | |
| (rbromet@seyfarth.com) | By:      /s/ Gerald L. Maatman, Jr.       |
| Matthew J. Gagnon* | One of Its Attorneys |
| (mgagnon@seyfarth.com) | |
| Ashley Choren Workman* | |
| (aworkman@seyfart.com) | |
| SEYFARTH SHAW LLP | |
| 131 South Dearborn Street | |
| Suite 2400 | |
| Chicago, Illinois  60603 | |
| Telephone: (312) 460-5000 | |
| Facsimile: (312) 460-7000 | |
| * *Pro Hac Vice* | |

*Attorneys for Defendant Kelly Services, Inc.*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Amazon.com Fulfillment Center Wage and Hour Litigation

MDL Docket No. 2504

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 9, 2015, he caused a true and correct copy of the foregoing **DEFENDANT KELLY SERVICES, INC.'S RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS** to be served upon the Clerk of the Court using the Court's Electronic Filing System:

> Clerk of the Panel
> Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, N.E.
> Room G-255, North Lobby
> Washington, DC 20002-8004

The undersigned attorney hereby certifies that on April 9, 2015, he caused a true and correct copy of the foregoing **DEFENDANT KELLY SERVICES, INC.'S RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS** to be served via ECF upon each party in the matter.

/s/ Gerald L. Maatman, Jr.