UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) and WAGE AND HOUR LITIGATION

    Master File No. 14-MD-2504    JUDGE HALE
    MDL No. 2504

    THIS DOCUMENT RELATES TO:
        Johnson, et al. v. Amazon.com, Inc., et al., 1:13-cv-00153

### **STIPULATION OF DISMISSAL**

**NOW**, this 5th day of June, 2017, **IT IS HEREBY STIPULATED** that the above-referenced action is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**, with the parties bearing their own costs. The Clerk of Court shall mark this action **CLOSED**.

| FOR DEFENDANTS: | FOR PLAINTIFFS: |
|---|---|
| /s/ Joseph A. Nuccio<br>Richard G. Rosenblatt (admitted *pro hac vice*)<br>Joseph A. Nuccio (admitted *pro hac vice*)<br>Morgan, Lewis & Bockius, LLP<br>502 Carnegie Center<br>Princeton, NJ 08540<br><br>Kathryn A. Quesenberry<br>Dinsmore & Shohl LLP<br>101 S. Fifth Street, Suite 2500<br>Louisville, KY 40202 | /s/ David W. Garrison (with permission)<br>Jerry E. Martin (admitted *pro hac vice*)<br>David W. Garrison (admitted *pro hac vice*)<br>Scott P. Tift (admitted *pro hac vice*)<br>Seth M. Hyatt (admitted *pro hac vice*)<br>Barrett Johnston Martin & Garrison, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br><br>J. Chris Sanders<br>Chris Sanders Law PLLC<br>The Esterle House<br>1228 E. Breckinridge Street<br>Louisville, KY 40204<br><br>David O. Suetholz<br>Kircher, Suetholz and Grayson, PSC<br>515 Park Avenue<br>Louisville, KY 40208<br><br>Peter Winebrake (admitted *pro hac vice*)<br>R. Andrew Santillo (admitted *pro hac vice*) |

1

|  | Mark J. Gottesfeld (admitted *pro hac vice*)<br>Winebrake & Santillo, LLC<br>715 Twining Road, Suite 211<br>Dresher, PA 19025 |
|---|---|

**SO ORDERED** this _____ day of _____, 2017.

_____
HON. DAVID J. HALE
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed this 5th day of June, 2017, and served on the parties via the Court's ECF system.

s/ Joseph A. Nuccio
*Counsel for Defendants*