UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | Master File No. 3:14-md-2504-DJH<br>MDL Docket No. 2504 |
| THIS DOCUMENT RELATES TO:<br>*Heimbach, et al., v. Amazon.com, Inc., et al.*, | Case No. 3:14-cv-204-DJH |

\* \* \* \* \*

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendants Amazon.com, Inc.; Amazon.com.DEDC, LLC; and Integrity Staffing Solutions, Inc. with respect to all claims asserted in this matter by Plaintiffs Neal Heimbach and Karen Salasky.

(2) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.