# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION, | Master File No. 3:14-md-02504-DJH<br>MDL Docket No. 2504 |
| THIS DOCUMENT RELATES TO: | Case No. 3:14-cv-00139-DJH |
| *Jesse Busk, et al. vs. Integrity Staffing Solutions, Inc., et. al.*, Case No. 14-cv-00139-DJH | |

## JOINT REPORT REGARDING MEDIATION

Pursuant to this Court's Order (Dkt# 120), Plaintiffs JESSE BUSK, ET AL. ("Plaintiffs"), and Defendants INTEGRITY STAFFING SOLUTIONS, INC. ET AL. ("Defendants"), by and through their respective counsel, hereby notify the Court that the Parties have scheduled a mediation in an attempt to resolve this action for April 17, 2020, in Seattle, Washington with Mediator Carolyn Cairns. The Parties will file a joint report advising the Court of the result of the mediation within seven (7) days of the mediation's conclusion.

DATED: February 18, 2020

Respectfully Submitted,

THIERMAN BUCK LLP

/s/ *Joshua D. Buck*
Joshua D. Buck
7287 Lakeside Drive
Reno, Nevada 89511
*Attorney for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Joseph A. Nuccio*
Joseph A. Nuccio
502 Carnegie Center
Princeton, New Jersey 08540

*Attorneys for Defendant Amazon.Com, Inc.*

LITTLER MENDELSON, P.C.
*/s/ Cory G. Walker*
Cory G. Walker
Camelback Esplanade
2425 East Camelback Road, #900
Phoenix, AZ 85016

*Attorneys for Integrity Staffing Solutions, Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was filed this 18th of February, 2020 and served on the parties via the Court's ECF system.

        /s/Joshua D. Buck
        Attorney for Plaintiffs