UNITED STATES DISTRICT COURT
WESTERN DIVISION OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION<br><br>This Document Relates to:<br>*Saldana v. Amazon.com, LLC*,<br>Case No. 14-CV-00290-DJH | Master File No. 3:14-md-2504<br>MDL Docket No. 2504<br><br>JUDGE: HON. DAVID J. HALE<br><br>**[Unopposed]**<br><br>**MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date :<br>Time:<br>Judge: Hon. David J. Hale<br>Crtrm: 106 |

Pursuant to Fed. R. Civ. P. 23(e), Plaintiff Khadijah Robertson, on behalf of herself and all other similarly situated and typical persons ("Plaintiff") hereby moves for an Order granting approval of the class action settlement entered into between Plaintiff and Defendants Amazon.com, LLC, and Amazon.com Services LLC (into which Golden State FC, LLC merged effective January 1, 2019) ("Defendants" or "Amazon.com").  Reasons for this motion are contained in the attached Memorandum of Points and Authorities; the Joint Stipulation of Class Action Settlement and Release Agreement ("Settlement Agreement"); Notice of Class Action Settlement ("Class Notice"); Request for Exclusion ("Opt-Out Form"); Declarations of Mark R. Thierman, Joshua Buck, Isam C. Khoury, and David R. Markham; and the Proposed Order Granting Preliminary Approval.

Dated: April 30, 2020

Respectfully submitted,

By: */s/ Mark R. Thierman*
_____
Mark R. Thierman (CA State Bar No. 72913)
Joshua D. Buck (CA State Bar No. 258325)
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
Telephone: (775)284-1500\ Facsimile: (775)703-5027

1

Isam C. Khoury (CA State Bar No. 58759)
Diana M. Khoury (CA State Bar No. 128643)
J. Jason Hill (CA State Bar No. 179630)
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001\Facsimile: (619) 595-3000

David R. Markham (CA State Bar No. 71814)
Maggie Realin (CA State Bar No. 263639)
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Telephone: (619) 399-3995\Facsimile: (619) 615-2067

Christopher J. Hamner (CA State Bar No. 197117)
**HAMNER LAW OFFICES, APC**
5023 Parkway Calabasas
Calabasas, CA 91302-1421
Telephone: (818) 876-9631

Walter L. Haines (CA State Bar No. 71075)
**UNITED EMPLOYEES LAW GROUP, P.C.**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone: (310) 234-5678\Facsimile: (310) 652-2242

Attorneys for Plaintiff Khadijah Robertson