# UNITED STATES DISTRICT COURT
# WESTERN DIVISION OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FOR FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION<br><br>This Document Relates to *Saldana v. Amazon.com, LLC*, Case No. 14-CV-00290-DJH | Master File No. 3:14-MD-2504<br>MDL Docket No. 2504<br>Judge: Hon. David J. Hale<br><br>**NOTICE OF MOTION TO INTERVENE FOR THE PURPOSE OF OPPOSING THE PRELIMINARY APPROVAL AND/OR OTHER RELIEF DEEMED APPROPRIATE**<br><br>[Filed concurrently with the Memorandum of Points and Authorities; Declaration of Peter Dion-Kindem; Declaration of Brian Kriegler; [Proposed] Order lodged]<br><br>Date:<br>Time:<br>Dept: 106<br>Judge: Hon. David J. Hale |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on a date as soon as practical, in Courtroom 106 of the above-captioned court, located at 241 East Main Street, Bowling Green, KY 42101, before the Honorable David J. Hale, proposed Plaintiffs-in-Intervention Juan Trevino, Christopher Ward, Linda Quinteros, Romeo Palma, Alberto Gianini, and Juan C. Avalos (collectively, "*Trevino* Plaintiffs") will and hereby do move the Court for an Order allowing them to intervene in *In re: Amazon.com, Inc., Fulfillment Center for Fair Labor Standards Act (FLSA) and Wage and Hour Litigation* for the purpose of opposing the preliminary approval motion filed by Plaintiff Robertson and/or obtaining any other relief deemed appropriate pursuant to Federal Rule of Civil Procedure 24(a) and Federal Rule of Civil Procedure 24(b).

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declarations of Peter R. Dion-Kindem and Dr. Brian

**Notice of Motion to Intervene**

1

Kriegler, the Proposed Order, the pleadings and records on file in this action, and upon any other matters that may be presented to this Court at this hearing.  Plaintiffs request a telephonic hearing.

Dated: May 21, 2020

/s Peter R. Dion-Kindem
Peter R. Dion-Kindem (SBN 95267)
The Dion-Kindem Law Firm
Peter R. Dion-Kindem, P. C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone:	(818) 883-4900
Email: peter@dion-kindemlaw.com

Lonnie C. Blanchard, III (SBN 93530)
The Blanchard Law Group, APC
5211 East Washington Blvd. # 2262
Commerce, CA 90040
Telephone:	(213) 599-8255
Fax:	(213) 402-3949
Email: lonnieblanchard@gmail.com

DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian
Alvin B. Lindsay
535 N. Brand Blvd., Suite 705
Glendale, CA 91203
Telephone:	(818) 230-8380
Fax:	(818) 230-0308
Email: david@yeremianlaw.com
alvin@yeremianlaw.com

JAMES HAWKINS APLC
James Hawkins
Isandra Fernandez
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:	(949) 387-7200
Fax:	(949) 387-6676
Email: james@jameshawkinsaplc.com
isandra@jameshawkinsaplc.com

**Notice of Motion to Intervene**

HAFFNER LAW PC
Joshua H. Haffner
Graham G. Lambert
445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071
Telephone: (213) 514-5681
Fax: (213) 514-5682
Email: jhh@haffnerlawyers.com
gl@haffnerlawyers.com

THE WESTRICK LAW FIRM, P.C.
Shawn C. Westrick
11075 Santa Monica Boulevard, Suite 125
Los Angeles, CA 90025
Telephone: (310) 746-5303
Fax: (310) 943-3373
Email: swestrick@westricklawfirm.com

Attorneys for proposed Plaintiffs-in-Intervention