# UNITED STATES DISTRICT COURT
## WESTERN DIVISION OF KENTUCKY
## AT LOUISVILLE

|  |  |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FOR FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | Master File No. 3:14-MD-2504<br>MDL Docket No. 2504<br>Judge: Hon. David J. Hale |
| This Document Relates to *Saldana v. Amazon.com, LLC*, Case No. 14-CV-00290-DJH | **[PROPOSED] ORDER ON MOTION TO INTERVENE FOR THE PURPOSE OF OPPOSING THE PRELIMINARY APPROVAL AND/OR OTHER RELIEF DEEMED APPROPRIATE**<br><br>[Filed concurrently with the Notice of Motion; Memorandum of Points and Authorities; Declaration of Peter Dion-Kindem; and Declaration of Brian Kriegler]<br><br>Date:<br>Time:<br>Dept: 106<br>Judge: Hon. David J. Hale |

On _____, 2020, this Court heard the Motion to Intervene for the limited purpose of opposing the preliminary approval motion filed by Plaintiff Robertson and seeking other relief.

**IT IS HEREBY ORDERED THAT:**

Effective immediately, Plaintiffs of the *Trevino* matter are granted the right to intervene in the *In re: Amazon.com, Inc., Fulfillment Center for Fair Labor Standards Act (FLSA) and Wage and Hour Litigation* matter and oppose the Motion for Preliminary Approval. The Court further orders that the hearing on the Motion for Preliminary Approval is stayed pending the class certification ruling in the Eastern District of California.

Dated:_____

_____
Hon. David J. Hale
Judge of the Western District of Kentucky

## ORDER