# UNITED STATES DISTRICT COURT
# WESTERN DIVISION OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FOR FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | Master File No. 3:14-md-2504<br><br>MDL Docket No. 2504<br><br>JUDGE: HON. DAVID J. HALE |
| This Document Relates to:<br><br>*Saldana, et al. v. Amazon.com, LLC*,<br>Case No. 3:14-cv-00290-DJH<br><br>*Allison et al. v. Amazon.com, Inc, et al.*<br>Case No. 3:14-cv-00168-DJH | **PLAINTIFF'S MOTION FOR EXPEDITED ORAL ARGUMENT ON MOTION TO LIFT STAY, DENY *TREVINO* PLAINTIFFS' MOTION TO INTERVENE, AND ENTER ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date :<br>Time:<br>Judge:   Hon. David J. Hale<br>Crtrm:   239 |

Plaintiff Khadijah Robertson hereby seeks an expedited Order setting Plaintiff's motion to lift stay, deny Trevino Plaintiffs' motion to intervene, and enter order granting preliminary approval of class action settlement (Master D.N. 291) for oral argument. For all the reasons set forth in Plaintiff's moving papers and, most recently, her supplement to those moving papers setting forth the current procedural quagmire in the *Trevino* action that led to the Court's order to stay this action, oral argument would be appropriate.

Dated: September 16, 2022

Respectfully submitted,

By: */s/Joshua D. Buck*
Mark R. Thierman (NV State Bar No. 8285)
Joshua D. Buck (NV State Bar No. 12187)
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500/Fax: (775) 703-5027
*Attorneys for Plaintiffs*